**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| IN RE: | Case No: 22-31669 |
| Richard K. Stultz | (Chapter 13) |
| | |
| Debtor | JUDGE GUY R. HUMPHREY |

## CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN (DOC. 6) AND REQUEST FOR DENIAL OF CONFIRMATION

The Chapter 13 Trustee recommends that the plan (Doc. 6) not be confirmed, all as more fully set forth in the attached memorandum. A plan has not been confirmed.

**Hearing Date      March 02, 2023 at 10:30 AM**
**West Courtroom, 120 W. Third St., Dayton, OH**

**Case Memo:**

| | |
|---|---|
| Case Filed:  December  8, 2022 | Prior Cases       [X] YES    [ ] no |
| Plan Filed:       December  8, 2022 | Debtor          [X] SINGLE   [ ] married |
| Step Plan       [ ] yes    [X] NO | Net Income (Month)       $3,692.00 |
| Applicable Commitment Period  60 Months | Sch. J Expenses       $2,633.00 |
| Plan Length as Proposed:    60  Months | Median Income:     Above |
| Mortgage(s)      [X] YES    [ ] no | Percent to Unsecured   0 % |
| Who Disburses Mortgage(s) [X] TRUSTEE   [ ] debtor   [ ] both | |

NOTE: Unsecured by definition are non-priority unsecured creditors. *See In re Echeman*, 378 B.R.177 (Bankr. S.D.OH2007).

# MEMORANDUM

Chapter 13 Trustee's Noted Deficiences in Plan/Amended Plan and/or Case and Grounds for Objection to Confirmation

**THE PLAN**

[X] 11 U.S.C. § 1322(d) - Plan calculation exceeds five (5) years
     Reason: DUe to tax claims filed by the IRS and State of Ohio, the plan needs $1014 per month to timely complete.

[X] 11 U.S.C. § 1325(a)(9) - Debtor has failed to file all applicable tax returns as required by 11 U.S.C. § 1308, to wit: 2021 income taxes not filed.

[X] Other: CenterPoint Energy was not served a copy of the plan.

**ABOVE MEDIAN DEBTORS**

                                                      _/s/ John G. Jansing_____
                                                      John G. Jansing  0040926
                                                      Chapter 13 Trustee
                                                      409 E Monument Ave. Suite 410
                                                      Dayton, OH  45402-1161
                                                      (937) 222-7600  FAX (937) 222-7383
                                                      email: chapter13@dayton13.com

<u>CERTIFICATE OF SERVICE</u>                      22-31669

I hereby certify that a copy of the Chapter 13 Trustee's Objection To Confirmation Of Plan was served **electronically** on the date of the filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and by **First Class Mail** on  January 27, 2023 addressed to:

Richard K. Stultz
13705 Eaton Pike
New Lebanon, OH  45345

   /s/ John G. Jansing
John G. Jansing